No. 98–5279. KLAIMON v. CIGNA COS. ET AL., *ante*, p. 896. Motion for leave to file petition for rehearing denied.

JANUARY 13, 1999

No. A–567. MALONE v. CALDERON, WARDEN, ET AL. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied.

No. 98–7650 (A–569). IN RE FARRIS. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 98–7609 (A–566). MALONE v. CALDERON, WARDEN, ET AL. C. A. 8th Cir. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE SOUTER would grant the application for stay of execution.

No. 98–7651 (A–570). FARRIS v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

JANUARY 15, 1999

No. 98–238. WEST, SECRETARY OF VETERANS AFFAIRS v. GIBSON. C. A. 7th Cir. Certiorari granted. Brief of the Solicitor General is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Thursday, February 25, 1999. Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Wednesday, March 24, 1999. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, April 12, 1999. This Court's Rule 29.2 does not apply.

No. 98–387. GREATER NEW ORLEANS BROADCASTING ASSN., INC., ET AL. v. UNITED STATES ET AL. C. A. 5th Cir. Certiorari